**ORIGINAL**

**SEALED BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2018

at 11 o'clock and 09 min. A M.
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
Assistant U.S. Attorney
Room 6100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: Margaret.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 18-0992 RLP |
| Plaintiff, | CRIMINAL COMPLAINT |
| vs. | |
| ABRAHAM ESTOCADO | |
| Defendant. | |

### CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about March 6, 2018, within the District of Hawaii, ABRAHAM ESTOCADO, the defendant, did knowingly and intentionally distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a Task Force Officer with the Drug Enforcement Administration (DEA) and that this complaint is

based on the following affidavit which is attached hereto and made a part of this complaint by this reference.

DATED: HONOLULU, HAWAI'I: September 5, 2018.

_____
PERSIAN LARDIZABAL
TASK FORCE OFFICER, DEA

Sworn and subscribed before me, this
__5__ day of September, 2018:

_____
HONORABLE RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE

2

## AFFIDAVIT OF TASK FORCE OFFICER PERSIAN LARDIZABAL

I, Persian Lardizabal, first being duly sworn under oath, do hereby depose and state:

1.      I have been a Police Officer with the Honolulu Police Department (HPD) for 21 years and am currently assigned to the Honolulu High Intensity Drug Trafficking Areas (HIDTA) Task Force, as a Task Force Officer (TFO) with the United States Drug Enforcement Administration (DEA), Department of Justice, and have been since December 16, 2011. The Task Force is comprised of DEA Agents, Honolulu Police Department personnel and State of Hawaii Department of Public Safety, Sheriff's Division personnel, of the Honolulu District Office in Honolulu, Hawaii. Our principal responsibility is to investigate narcotics trafficking and distribution in Hawaii and elsewhere. I attended the HPD Academy, located in Waipahu, Hawaii, during the period January 1997 - July 1997. In this school, students were taught, among other things, the different ways in which various controlled substances are used, as well as the different techniques generally utilized by drug traffickers to distribute and traffic controlled substances. During my time as an HPD Narcotics Officer, I conservatively have been involved in more than twenty five drug investigations.

2. During my time as a Task Force Officer, I have become knowledgeable with the enforcement of State and Federal laws pertaining to narcotics and dangerous drugs. I have participated in numerous investigations where I have: (a) conducted physical and wire surveillance; (b) executed search warrants; (c) reviewed and analyzed recorded conversations and records of drug traffickers and money launderers; (d) debriefed cooperating drug traffickers; (e) monitored wiretapped conversations of drug traffickers; and (f) conducted surveillance of individuals actively engaged in drug trafficking and other violations of Hawaii state and federal law. Based on this experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific types of language used by narcotic trafficking operations and the unique trafficking patterns employed by narcotics organizations and their patterns of drug abuse.

3. Through my training, education, and experience, I have become familiar with: (a) the manner in which illegal drugs are imported and distributed; (b) the method of payment for such drugs; and (c) the efforts of persons involved in such activity to avoid detection by law enforcement.

4. On March 6, 2018, during recorded telephone and text message conversations, a DEA Undercover (UC) Officer spoke with ESTOCADO who agreed to meet with and sell, three (3) ounces of ICE for $1,800.00, in the parking lot of 1580 Kapiolani Boulevard Honolulu, Hawaii 96814. ICE is street vernacular for crystal methamphetamine. An analysis conducted by the DEA Southwest Laboratory determined that the three (3) ounces of ICE purchased was 83 grams of 100% pure d-Methamphetamine Hydrochloride.

5. On April 26, 2018, during recorded telephone and text message conversations, the same DEA UC officer spoke with ESTOCADO who agreed to meet with and sell, three (3) ounces of ICE for $1,800.00, in the parking lot of 1330 Pali Highway Honolulu, Hawaii 96813. Immediately following the conclusion of the operation, agents/officers agreed that the suspected ICE the UC had purchased from ESTOCADO appeared to be rice. Later on this same date, the UC made contact with ESTOCADO and during recorded telephone conversations, ESTOCADO admitted and apologized for selling the UC a substance other than the ICE which he had previously agreed to supply. An analysis conducted by the DEA Southwest Laboratory determined that the three (3) ounces of purported ICE purchased, was 203 grams of a Non-Controlled Substance.

6. Beginning on April 26, 2018, the same DEA UC conducted multiple recorded calls with ESTOCADO through May 11, 2018. During these conversations, ESTOCADO agreed to "make it right" and this statement was received by the UC, that ESTOCADO would meet the UC and provide the three (3) ounces of ICE that was previously agreed upon. On May 11, 2018, ESTOCADO agreed to meet the UC in the parking lot of 46-056 Kamehameha Highway Kaneohe, Hawaii 96744. At that time, ESTOCADO provided the UC with two (2) ounces of ICE and informed the UC that he owed her one (1) more. An analysis conducted by the DEA Southwest Laboratory determined that the two (2) ounces of ICE provided to the UC by ESTOCADO was 55.7 grams of 100% pure d-Methamphetamine Hydrochloride.

FURTHER AFFIANT SAYETH NAUGHT.

PERSIAN LARDIZABAL
Task Force Officer, DEA

Subscribed and sworn to before me this 5 day of September, 2018.

HON. RICHARD L. PUGLISI
United States Magistrate Judge
District of Hawaii

4